AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

LARRY DEAN DUSENBERY,
        Plaintiff

FILED
HARRISBURG, PA
JAN 2 2006
MARY E. D'ANDREA, CLERK
Per: _____
      Deputy Clerk

v.

UNITED STATES OF AMERICA and
ADMINISTRATOR RONALD LAINO Individually and
in his official capacity as Health Service
Administrator,
        Defendants

CASE NUMBER: 1:04-CV-2361

(Judge Conner)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT SUMMARY JUDGMENT BE AND IS HEREBY ENTERED in favor of defendants UNITED STATES OF AMERICA and ADMINISTRATOR RONALD LAINO and against plaintiff LARRY DEAN DUSENBERY, in accordance with the order of court issued on January 27, 2006.

Date: January 27, 2006

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk